**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

September 8, 2015

**VIA ECF**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    **United States v. Charles Bennett,**
            **15 cr 20 (LTS)**

Hon. Judge Swain:

      I write on behalf of my client, Mr. Bennett, to respectfully request that his appearance at the next pretrial conference, scheduled for tomorrow, September 9, 2015 be waived. As the Court may recall from prior correspondence, the parties are actively engaged in plea discussions and fully anticipate a disposition short of trial. Due to counsel's summer schedules, however, we have not reached a disposition. Instead of seeking another adjournment of tomorrow's conference, the parties thought it made sense to appear tomorrow to set a trial date, before which Mr. Bennett will have to plead guilty if that continues to be the parties' intentions. Since the conference will address scheduling – a matter for which Mr. Bennett's appearance is not required – and because Mr. Bennett resides in Minneapolis, Minnesota from where it is difficult and exceedingly expensive to travel to New York City, we ask that the Court waive his appearance.

      Thank you for your consideration of this matter.

                                      Respectfully submitted,
                                                /s/

                                      Julia L. Gatto
                                      Assistant Federal Defender
                                      Tel.: (212) 417-8750

cc:     AUSA Amy Lesster (via email)