

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 15, 2015

**BY ECF / FACSIMILE**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, New York  10007

> Re:  *United States v. Charles Bennett*,
>      15 Cr. 20 (LTS)

Dear Judge Swain:

      The Government respectfully requests that the Court adjourn the conference in this matter currently scheduled for Tuesday, October 20, 2015, at 2:00 p.m., to the following Wednesday, October 28, 2015, at 9:30 a.m., a date and time that Your Honor's Chambers has reported is available on the Court's calendar.  At that time, the parties anticipate that the defendant will enter a plea of guilty to the Indictment.  This brief adjournment will allow the parties additional time to finalize the arrangements for the plea proceeding.

      Thank you for your consideration of this matter.

> Respectfully submitted,
>
> PREET BHARARA
> United States Attorney
> Southern District of New York
>
> By: /s/ Amy Lester
>     Amy Lester
>     Assistant United States Attorney
>     (212) 637-2416

cc:   Julia L. Gatto, Esq. (By Email)