JAN-19-2004 15:00 U S ATTYS OFFICE 12126372527 P.02/02
Case 1:15-cr-00020-LTS Document 32 Filed 01/20/16 Page 1 of 1
Case 1:15-cr-00020-LTS Document 31 Filed 01/19/16 Page 1 of 1



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 19, 2016

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-20-2016

**BY ECF / FACSIMILE**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

    Re:    *United States v. Charles Bennett,*
            15 Cr. 20 (LTS)

Dear Judge Swain:

    The Government respectfully requests that the Court adjourn the defendant's sentencing, which is currently scheduled to take place on March 17, 2016, at 2:00 p.m., for approximately 30 days. This adjournment is due to a conflict that has recently arisen with the undersigned Assistant United States Attorney's schedule. The Government has conferred with defense counsel, who has consented to this request. The Government does not anticipate requesting any further adjournments of this matter.

            Respectfully submitted,

            PREET BHARARA
            United States Attorney
            Southern District of New York

            By: /s/ Amy Lester
               Amy Lester
               Assistant United States Attorney
               (212) 637-2416

cc:    Julia L. Gatto, Esq. (By Email)

*The sentencing is adjourned to April 22, 2016, at 2:00 pm.*

**SO ORDERED:**

*[signature]* 1/19/16
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

TOTAL P.02