*Exhibit C*

Judge Laura Taylor Swain

Dear Judge Swain,

I am Charles Bennett's younger brother Andrew Bennett. I am writing to you to let you know that I was affected financially by my brother' actions that have landed him in your court set for sentencing in April 2016. I thought I had over $50,000 in savings. It was frustrating and I was extremely embarrassed for myself in thinking that my own brother who, even though we are 11 years apart and did not spend a lot of time together when we were younger, I thought we were getting closer due to the communication we were having over the years regarding the "interest" that I had thought I was earning as I kept giving money.

Shortly after I found out that my brother had attempted suicide I was able to speak to him in person in December of 2014 (my birthday is December 25th). It had only been a little over a month that I learned what had happened to my "savings" but when I saw his sorrow and forgiveness in what trouble he had caused I was not going to let it break our bond as a family; my loving wife, Denise, agreed as well.  He deeply apologized and complimented me repeatedly on how forgiving I was and that I was way above himself as a person and a brother.  He deeply apologized in person to my wife as well.

I have seen him this past Christmas and have seen great improvements and success in his quality of life and the respect he gives to our family. I know as well as himself that he must serve time due to his horrific actions and sadness that he had caused his family, friends, among many other people. I know he has pleaded guilty to the crime and him, as well as myself, is hopefully looking for leniency. I do feel he can prove to himself, yourself, his family, friends, and those others he effected, that he has changed his way of thinking and the way his actions affect everyone around him. I think he will set a good example behind bars and use his skills and knowledge to help others in some way and grow emotionally. I hope to see him when he is finally released and ready to start a new life full of love for everyone around him knowing that he almost took his life away and effected many others.

I hope you can see the good in him and look at all he has done these past 16 months or so along with the other great successes throughout his life and look at what he has to come back to- a loving family that looks after each other no matter what happens that will provide support to help Charlie get back on his feet and be an asset to society.

Thank you for your time Judge Swain,

Andrew Bennett

103 Veronica Way,

Normal, IL 61761

815-260-7837