*Exhibit D*

To:   Judge Laura Taylor Swain
      Southern District of New York
      One St. Andrews Plaza
      New York, NY 10007
From: Antoinette B. Lasorella Murphy
      302-303 5th Ave N
      Saskatoon, SK   S7K 2P6   Canada
      306-978-8716 (home)
Re:   Please give consideration in your sentencing of my brother, Charles A. Bennett.

I am one of Charles Bennett's sisters. My husband (William Murphy) and I are among the several family members who were victims of the crime that Charlie committed.

I love my brother dearly.

As I have told him myself, I forgive him. I sense that he feels little reason to believe that I truly forgive him – his remorse is heavy on his heart and I think it prevents him from accepting my forgiveness.

This past year when I have had chances to see Charlie, I've seen a deep sadness in his eyes. He is truly remorseful and cannot understand how he could have done what he has done. He also has a difficult time understanding how we could still love him despite what he did.

I believe in justice yet I also believe in forgiveness. I feel that time spent in prison may punish but it will cost him and society in unnecessary ways. When released, Charlie will be able to find ways to do positive, affirming things that benefit people.

I feel that he desperately wants to do positive things, perhaps in a search to find a way to forgive himself. Even if Charlie is given the opportunity to be in jail only a small amount of time, he will likely continue to punish himself. But, someday he will hopefully learn to again celebrate himself – always remembering the harm he caused but allowing his spirit to be uplifted by how he lives his life.

Our family will never be the same again but I have hope and faith in Charlie. He still has much to contribute--not only to us as a family but to others as well.

I humbly ask the Court for a short prison sentence.

Kind Regards,

*Toni Lasorella Murphy*

Toni Lasorella Murphy