# Exhibit E

March 8, 2016

Judge Laura Taylor Swain

Re:   Charles A. Bennett

Dear Judge Swain:

When my friends—I know out of the concern they feel for me—say something mean about my nephew Charlie, I tell them that they are entitled to their judgment and opinion of him. But I feel differently. I've known him since birth, I say. I watched him grow into the love he carries for his family. When he attempted suicide I felt my own grief and the deep, terrifying grief of his mother, my closest friend, my sister. Sure, I say. I get angry and hurt; but I know that without forgiveness, I will be less of a person. And it will cause him more grief than he already carries with him. So I forgive him. And when I am startled again by the reality of what he did, I forgive him again.

Over this past year, I've watched my nephew make restitution to his family and our community by doing what he can to give back to us through his volunteering and his participation in our individual lives whether it be physical labor, caring for pets, visits, or his openness to talk about what he has done. As much as he would like to repay us financially, I know it is not possible at this time.

He is never afraid to hear my feelings about what he did. And although he wouldn't agree, I recognize my own participation because I was chasing the illusive financial security I thought I could have with more money. He tries to understand what

motivated him to do what he did to his family and friends, and I feel his remorse as I listen to his raw apology, not for sympathy from me but the forgiveness he so needs to give to himself.

None of this is meant to be taken as an excuse for his behavior. He has hurt a number of people. And he understands he must serve time in jail. I believe that human beings are capable of redemption, if given the chance. As one of his victims I am asking that his sentencing not be harsh so that he can begin to pay each of us back financially in order for his own continued healing.

Sincerely,


Nicolette LaSorella
3318 15th Avenue South
Minneapolis, MN 55407
612-386-9151