# Exhibit F

Case 1:15-cr-00020-LTS   Document 35-6   Filed 05/05/16   Page 1 of 3

Victim: William Murphy
USAO Number: 2014R01614
Court Docket Number: 15-CR-00020

To: Judge Laura Taylor Swain
      Southern District of New York
From: William H. Murphy
      302-303 5th Ave N
      Saskatoon, SK  S7K 2P6  Canada
      306-966-2769 (office)  306-978-8716 (home)   wmurphy@edwards.usask.ca (email)
Re: Please give consideration in your sentencing of Charles A. Bennett.

My mother-in-law, Betty Lasorella, is the mother of Charles A. Bennett (Charlie). She sent word to family members asking if we would be willing/able to write a letter of support on behalf of Charlie.

I have already provided a lengthy Victim Impact Letter to the attention of the court. Whereas that letter detailed the entire scheme as it affected me, this letter is focused on my impressions of Charlie and the reasons for my preference to see sentencing reflect a modest incarceration phase. Some of the following repeats comments made in my earlier statement.

I am a bit torn by the tone to take in this letter. On one hand, I am possibly his largest victim and he has harmed me greatly. Charlie has demonstrated an ability to tell convincing stories across numerous conversations, over the course of several years, doing so despite knowing that in every conversation he was treating people wrongly. Beyond my story, I am also reminded of how much he has harmed other people. Many of these are the same people who care about him, myself included.

On the other hand, I have known my wife's family for over thirty-five years and I care about them. I know how much the revelation of his crime, the aftermath of his suicide attempt, and the ongoing financial difficulties resulting from the crime, have been affecting everyone in his family. In particular his mom, Betty, has suffered greatly. She needed to endure many weeks next to his hospital bed as he recovered. Then, she continued helping him regain strength and emotional stability while she cared for him in her home.

Since Charlie's crime was exposed, I have tried to be as supportive as possible to Betty and to other members of the family. This support has not been passive, as I have visited my wife's family on several occasions this past year while also offering financial support to them[1]. On each visit, I have made the difficult decision to spend time with Charlie. The first meetings were raw, as he was recovering from his attempted suicide and his emotions were free flowing. This led to an unexpected tone to these early conversations, with the focus becoming one of assuring him that while the crime occurred, we would get over it – his recovery the most important thing on everyone's mind. Through these conversations his remorse seemed genuine as he expressed deep

---

[1] Among his victims, Charlie took money from his mom and Aunt, leaving them in fragile financial situations. So, I have given them some money over the year to help with groceries and other needs.

pain in knowing how much harm he had caused. He said how important it was to him to face the people he had harmed in so many ways by his scheme and to apologize for his actions.

Since those early months in 2015, our conversations continued to include his disbelief in his own actions. He seems to wrestle intently with understanding how he could have taken the path he has taken. He talks about somehow believing what he was saying, as if his funds management activity with the investment firm had been real. He says that he would compartmentalize conversations about funds, engaging enthusiastically about his funds activities, then switching off thoughts about the funds while shifting conversation to other topics such as family or sports. [2]

This is why I suggested in the Victim Impact Statement that *I can only think that his mind was capable of somehow believing that wrong was right and that lies were truths. Within these thoughts, I have no way to know whether he was unable or merely unwilling to stop himself from continuing down the path he was taking.*

Charlie has spent the past year making weekly visits to a community center to teach English to speakers of other languages. He has also been helping out with the needs of family members, from painting houses, to tending lawns and gardens. He has lived a simple life this past year, staying in the homes of family members, spending considerable time taking walks, reading, and musing about his life. He has said nothing the past year that would suggest he wishes his scheme had not been discovered nor has he blamed anyone but himself for his actions. He has made some comments about wanting the next phase to move swiftly (to begin his sentence) so that he can anticipate getting out and then helping with family needs. He has also mentioned the possibility of earning enough to take a step toward repaying his victims for their losses.

While I dearly wish that none of this had happened, I am not weighted down with anger nor a lust to see him severely punished. I would prefer an outcome where there is a brief time in prison, followed by a mandate that Charlie is required to give a percentage of future earnings to his victims. A short stay at an institution would 'punish' while the mandate would provide at least partial recovery for his victims.

Since Charlie seemingly does not understand how he could have let himself engage in his scheme, I suppose that some sort of future oversight or counseling would be advised; this activity could prevent similar manipulative behavior downstream. But, as I said in my earlier statement, there is no way of knowing whether it would lead to greater self-awareness and positive effects in his life or merely be an activity he tolerates. But, only he can know which outcome he embraces.

Thank you for pausing in your decision making to read my statement.



---

[2] Realizing just how smart Charlie is and knowing that he understands the law so well, I admittedly cannot know what is going on in his mind. For certain, he uses words to great effectiveness. For certain, he knows his words shape opinion. Even so, I am compelled to rely on the veracity of his words and actions, as these are the only public realities I have of Charlie.