# EXHIBIT G

The author of this letter of support has asked that her letter not be filed on ECF. A hard copy has been submitted to the Court.