# Exhibit H

Dear Judge Swain,

I am writing this for my brother, Charlie.

I have known him my whole life & he's a good person. Yes, he way-laid for awhile. He owes people money and he knows what he did was wrong. He has helped many people since then and continues to do so. He goes to AA meetings(even on his Aunt's birthday when my Mom was having a party at her house).

When I had heard what he had done, I was shocked. He felt so bad that he thought his own family wouldn't forgive him. I chose the path to forgive him. It's been hard but I believe it is the right thing to do. (it's easier than the alternative) I have looked at them both. I know what he did was wrong. He took from people & then tried to take his life. Good thing the latter didn't work. Not from lack of trying.

He's got a lot of work to do yet & he knows it. He's the first one to admit this. I give him credit for talking about this with each of us privately & saying he was sorry for doing it. I don't know how he talked to us about it-but he did.

I know that he never had the intent of harming other people, only to help them. He lived so far away from family that we didn't ground him or know what he was doing until it was too late. I know he didn't get rich.

I hope his sentence is reduced, but I believe he has to pay for his crime. I think he feels the same way. I know his victims do. I believe he feels like he has to go to prison for his victims to feel relief. I wish he didn't, but it's the right thing. I just hope his sentence is reduced.

Thank you for taking the time to read this & for your consideration in his future. I appreciate it.
Sincerely,
Nicki Jolson