# *Exhibit J*

# Progress Note

```
Progress Note: INDIVIDUAL TREATMENT PLAN;: May 21, 2015
  LOCAL TITLE: INDIVIDUAL TREATMENT PLAN
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: MAY 21, 2015@08:12      ENTRY DATE: MAY 21, 2015@11:24:12
      AUTHOR: HARDCASTLE,BRANDIE   EXP COSIGNER:
      URGENCY:                        STATUS: COMPLETED
```

Plan Effective Date: 19 May, 2015 @ 08:16 AM
INDIVIDUAL TREATMENT PLAN - 21 May, 2015 @ 08:12 AM
Visit Date: 19 May, 2015 @ 13:00 - Therapy

TREATMENT PLAN TYPE: Initial

PRIMARY CLINIC OR PROGRAM: Therapy

CLINICS OR PROGRAMS:
Therapy

PRINCIPAL MH PROVIDER: HARDCASTLE,BRANDIE

TEAM MEMBERS:
HARDCASTLE,BRANDIE
WITT,KARA

PATIENT'S STRENGTHS:
Self Identified:
Has supportive family and/or friends
Education
Housing
Resiliency
Sobriety

PATIENT'S LIMITATIONS:
Legal problems
Financial stressors

PATIENT PARTICIPATION IN TREATMENT PLANNING:
MET WITH PROVIDER.
PATIENT AGREED TO PLAN (draft) DISCUSSED.
PATIENT INPUT:
Client reported he feels guilt and shame due to his actions that impacted
other people.  He reported he wants to address guilt and shame, as well as
substance use.

TREATMENT PLAN PROBLEMS/NEEDS LISTED BY PRIORITY:
Client reported numerous personal and employment consequences related to his
alcohol and cocaine use. - Updated on 5/19/2015

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)

BENNETT, CHARLES
22 Belvidere St. East
St. Paul, MINNESOTA  55107
p17542

VISTA Electronic Medical Documentation

Printed at RAMSEY COUNTY HUMAN SERVICES

# Progress Note

Clinic or Program: Therapy

The Client reports: guilt and shame for his actions that interfere with his life and functioning.. - Updated on 5/19/2015
Clinic or Program: Therapy

TREATMENT PLAN:

Problem: Client reported numerous personal and employment consequences related to his alcohol and cocaine use.

Goal: Address substance use related functioning

Objective: Client will be able to describe 3 specific examples of the negative impact substance use has had on his/her employment, personal relationships, and psychiatric stability.

Intervention: Therapist will provide verbal cues, audio and visual tools, demonstration, role modeling, role play, assistance, facilitation of group discussion, feedback of areas for growth, positive reinforcement of successes, Motivational Interviewing, Cognitive Behavioral Therapy/cognitive restructuring, Illness Management and Recovery model, therapeutic use of self, validation of feelings, assignments for carry-over to home, accountability, encouragement, consult and assessment as needed. Provider: Therapist Two time(s) per Week for 3 months

Problem: The Client reports: guilt and shame for his actions that interfere with his life and functioning..

Goal: The Clients ClientSD symptoms and overall level of fuctioning will sufficiently improve as evidenced by meeting the following objectives: .

Objective: Client will verbalize how his actions impacted others emotionally.

Intervention: Therapist will provide verbal cues, audio and visual tools, demonstration, role modeling, role play, assistance, facilitation of group discussion, feedback of areas for growth, positive reinforcement of successes, Motivational Interviewing, Cognitive Behavioral Therapy/cognitive restructuring, Illness Management and Recovery model, therapeutic use of self, validation of feelings, assignments for carry-over to home, accountability, encouragement, consult and assessment as needed. Provider: Therapist Two time(s) per Month for 3 months

UPDATED/RESOLVED PROBLEMS & COMMENTS:
PROBLEM:Client reported numerous personal and employment consequences related to his alcohol and cocaine use.:
Comments: Client reported he remains sober, however reports continued

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

BENNETT, CHARLES
22 Belvidere St. East
St. Paul, MINNESOTA  55107
p17542

**VISTA Electronic Medical Documentation**

Printed at RAMSEY COUNTY HUMAN SERVICES

# Progress Note

ambivalence about whether or not he wants to remain sober.
Date Updated: 5/19/2015 (by HARDCASTLE,BRANDIE)

PROBLEM:The Client reports:  guilt and shame for his actions that interfere
with his life and functioning..:
Comments: Client continues to address ongoing feelings of guilt and shame.
Date Updated: 5/19/2015 (by HARDCASTLE,BRANDIE)


Plan Renewal Date: 8/19/2015

/es/ BRANDIE HARDCASTLE
MA,LADC, LPCC
Signed: 05/21/2015 11:24

---

Progress Note: INDIVIDUAL THERAPY PROGRESS NOTE;: May 19, 2015
 LOCAL TITLE: INDIVIDUAL THERAPY PROGRESS NOTE
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: MAY 19, 2015@13:00    ENTRY DATE: MAY 21, 2015@11:24:38
    AUTHOR: HARDCASTLE,BRANDIE   EXP COSIGNER:
    URGENCY:                        STATUS: COMPLETED

---

DATA

---

Total Appointment Time: 60 minutes
Start Time 1300
End time 1400

        USE OF MEDICATIONS
            Taking medications consistently as prescribed
        PARTICIPATION
            Participated fully in session
        AFFECT
            Bright
            Euthymic
        SUBSTANCE USE
            Reports urges to use substances
            Client was on time, dressed and groomed appropriately.  He made good
        eye contact and his affect was congruent to topics discussed.

---

ASSESSMENT

---

    Client discussed going back to work for a period of time.  He discussed

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

BENNETT, CHARLES
22 Belvidere St. East
St. Paul, MINNESOTA  55107
p17542

VISTA Electronic Medical Documentation


Printed at RAMSEY COUNTY HUMAN SERVICES

Page 3

# Progress Note

the pros and cons of this and seemed insightful.  He discussed ongoing
thoughts of drinking and how working could interfere with his ongoing
sobriety.  He reported he continues to attend a weekly AA meeting and
plans to attend Gopher State for one day.  He seemed receptive to
feedback about what may happen if he has one drink.  He reported he is
more insightful about the consequences of continued use and the effects.
He seemed receptive to feedback about the past consequences of his use
and how they have lead him to where he is now.

------------------------------------------------------------------------
PLAN
------------------------------------------------------------------------

Client will return to therapy in 2 weeks

/es/ BRANDIE HARDCASTLE
MA,LADC, LPCC
Signed: 05/21/2015 11:39

Progress Note: INDIVIDUAL THERAPY PROGRESS NOTE;: April 28, 2015
 LOCAL TITLE: INDIVIDUAL THERAPY PROGRESS NOTE
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: APR 28, 2015@16:00     ENTRY DATE: MAY 01, 2015@10:08:49
      AUTHOR: HARDCASTLE,BRANDIE    EXP COSIGNER:
      URGENCY:                      STATUS: COMPLETED

------------------------------------------------------------------------
DATA
------------------------------------------------------------------------
Total Appointment Time: 60 minutes
Start Time 1600
End time 1700

Symptoms/behaviors reported by the client and/or observed by the therapist:
      USE OF MEDICATIONS
        Taking medications consistently as prescribed
      PARTICIPATION
        Participated fully in session
      SPEECH/MOVEMENTS/ADL's
        Talkative
      AFFECT
        Bright
      SUBSTANCE USE
        Reports urges to use substances
        Client was on time, dressed and groomed appropriately.  He made
        good eye contact.  His affect was depressed when he came into the

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

BENNETT, CHARLES
22 Belvidere St. East
St. Paul, MINNESOTA  55107
p17542

**VISTA Electronic Medical Documentation**

Printed at RAMSEY COUNTY HUMAN SERVICES

# Progress Note

session but became bright after a few minutes.

------------------------------------------------------------------------
ASSESSMENT
------------------------------------------------------------------------

Client reported he was going to write a letter to the girl he believes is
his daughter but stated he stopped himself.  He talked at length about
not putting his feelings on paper because the mother might tell him he
can have no contact with her.  He seemed to make excuses why he wasn't
writing the letter.  He seemed receptive to feedback that he may be
afraid to come to terms with his feelings about her.  He discussed a
concern that he won't be a good role model to her and she would be
disappointed in him.  He spent time talking about his feelings about AA and
longing for his old life in NYC.  He was encouraged to try a different meeting
as a way to meet new people.  He seemed receptive to this.  He continues to seem
receptive to the benefits of staying sober, however identifies lack of
excitement as a trigger.

------------------------------------------------------------------------
PLAN
------------------------------------------------------------------------

Client will return to therapy in 2 weeks


/es/ BRANDIE HARDCASTLE
MA,LADC, LPCC
Signed: 05/01/2015 10:27

------

Progress Note: INDIVIDUAL THERAPY PROGRESS NOTE;: April 14, 2015
  LOCAL TITLE: INDIVIDUAL THERAPY PROGRESS NOTE
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: APR 14, 2015@11:00      ENTRY DATE: APR 15, 2015@09:37:44
      AUTHOR: HARDCASTLE,BRANDIE    EXP COSIGNER:
  URGENCY:                           STATUS: COMPLETED


------------------------------------------------------------------------
DATA
------------------------------------------------------------------------

Total Appointment Time: 60 minutes
Start Time 1100
End time 1200

    PARTICIPATION
        Participated fully in session
    AFFECT
        Bright

---

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | **VISTA Electronic Medical Documentation** |
|---|---|
| BENNETT, CHARLES<br>22 Belvidere St. East<br>St. Paul, MINNESOTA  55107<br>p17542 | Printed at RAMSEY COUNTY HUMAN SERVICES |

# Progress Note

SUBSTANCE USE
Reports urges to use substances
Client was on time for session. Dressed and groomed appropriately.
Made good eye contact.

---

ASSESSMENT

---

Client reported he continues to attend AA meetings once weekly and
continues to benefit. He stated he has been riding his bike everywhere
and the exercise has been good for him. He stated he wanted to talk
about the girl he believes he fathered. He stated he wants to respect
the mother as far as the child is concerned and does not know how to
proceed. He stated the mother recently reached out to him to support him
and he thought that was nice. He stated he will communicate through his
lawyer to the mother to determine what type of contact he should have.
He discussed writing as a coping skill to keep his mind occupied and
challenged. He agreed to write a letter to the girl, even if he doesn't
send it in order to get his feelings out. Client seemed receptive to the
idea that fatherhood may be his next big "adventure" after he is released
from prison. He reported he continues to grapple with how to spend his
time before incarceration. He stated he knows that staying sober would
keep him out of trouble, however he reported occasional urges to use and
let loose. Client seems more willing to explore his feelings regarding
his substance use and the problems his use has caused. He seems
ambivalent at times, however seems to see some benefits of staying sober.

---

PLAN

---

Client will return to therapy in 2 weeks

---

/es/ BRANDIE HARDCASTLE
MA,LADC, LPCC
Signed: 04/15/2015 09:44

Progress Note: INDIVIDUAL THERAPY PROGRESS NOTE;: March 31, 2015
  LOCAL TITLE: INDIVIDUAL THERAPY PROGRESS NOTE
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: MAR 31, 2015@11:00     ENTRY DATE: APR 02, 2015@15:20:15
     AUTHOR: HARDCASTLE,BRANDIE   EXP COSIGNER:
     URGENCY:                         STATUS: COMPLETED

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| BENNETT, CHARLES<br>22 Belvidere St. East<br>St. Paul, MINNESOTA 55107<br>p17542 | Printed at RAMSEY COUNTY HUMAN SERVICES |

# Progress Note

DATA
-------------------------------------------------------------------

Total Appointment Time: 60 minutes
Start Time 1100
End time 1200

    USE OF MEDICATIONS
      Taking medications consistently as prescribed
    PARTICIPATION
      Participated fully in session
    AFFECT
      Bright
      Client was on time for the session and dressed and groomed
      appropriately. He made good eye contact and his affect was
      congruent with topics discussed.
-------------------------------------------------------------------

ASSESSMENT
-------------------------------------------------------------------

Client reported he continues to attend AA meetings once per week and meets with his temporary sponsor from LCL about once per week outside of the meeting. He stated this has been working well for him and he is starting to feel like he is part of the meeting. He stated he introduces himself as an alcoholic addict that this is feeling less awkward. He stated he will continue to attend the meetings. He discussed relapse triggers, such as the warm weather and a desire to be involved with a woman. He discussed apprehension and anxiety about going to prison. He was encouraged to think about what he wants his life to be like going into prison and what he wants it to look like when he leaves prison. He discussed feelings about the child he may have fathered. He continues to seem more willing to discuss emotional or difficult issues and to look at them more objectively.

PLAN
-------------------------------------------------------------------

Client will return to therapy in 2 weeks

/es/ BRANDIE HARDCASTLE
MA,LADC, LPCC

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
BENNETT, CHARLES
22 Belvidere St. East
St. Paul, MINNESOTA 55107
p17542

VISTA Electronic Medical Documentation

Printed at RAMSEY COUNTY HUMAN SERVICES

# Progress Note

Signed: 04/02/2015 15:30

Progress Note: INDIVIDUAL THERAPY PROGRESS NOTE;: March 17, 2015
  LOCAL TITLE: INDIVIDUAL THERAPY PROGRESS NOTE
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: MAR 17, 2015@11:00      ENTRY DATE: MAR 18, 2015@16:10:07
    AUTHOR: HARDCASTLE,BRANDIE   EXP COSIGNER:
    URGENCY:                     --.    STATUS: COMPLETED

-------------------------------------------------------------------------
DATA
-------------------------------------------------------------------------
Total Appointment Time: 60 minutes
Start Time 1100
End time 1200

    USE OF MEDICATIONS
        Taking medications consistently as prescribed
    PARTICIPATION
        Participated fully in session
    SPEECH/MOVEMENTS/ADL's
        Talkative
    AFFECT
        Bright
        Client was on time for this session.  He was dressed and groomed
        appropriately.  He made good eye contact.
-------------------------------------------------------------------------
ASSESSMENT
-------------------------------------------------------------------------

    Client reported he continues to attend weekly AA meetings with his
    connection from LCL. He stated for the first time, he introduced himself
    as an alcoholic.  He stated it felt ok to say it and it made him feel
    more like part of the group.  He stated he has been reading the Big Book
    and finds it interesting, especially the stories.  He stated he can
    relate to some aspects of the stories.  He reported thinking about all
    the consequences of substance use when the urge strikes.  He stated he
    was invited to do service work at one of the local prisons and is having
    difficulty deciding if he should go.  He processed this and stated that
    since he will eventually go to prison himself, he isn't sure if he should
    see what it is like ahead of time or just wait.  We discussed the pros
    and cons of both and he stated he might do it but later in the future.
    He discussed making new friends and having connections with other people,
    in prison and after.  He reported a desire to talk about how his
    substance use has impacted his romantic relationships in the next
    session.  Client seems more willing to talk openly about some of his
    concerns and seems more willing to entertain the idea that his substance

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation

BENNETT, CHARLES
22 Belvidere St. East
St. Paul, MINNESOTA  55107
p17542

Printed at RAMSEY COUNTY HUMAN SERVICES

Page 8

# Progress Note

use may have had a negative impact on some areas of his life.

-------------------------------------------------------------------

PLAN

-------------------------------------------------------------------

Client will return to therapy in 2 weeks

/es/ BRANDIE HARDCASTLE
MA,LADC, LPCC
Signed: 03/18/2015 16:29

---

Progress Note: INDIVIDUAL THERAPY PROGRESS NOTE;: March 03, 2015
 LOCAL TITLE: INDIVIDUAL THERAPY PROGRESS NOTE
 STANDARD TITLE: MENTAL HEALTH NOTE
 DATE OF NOTE: MAR 03, 2015@11:00    ENTRY DATE: MAR 03, 2015@16:38:39
     AUTHOR: HARDCASTLE,BRANDIE   EXP COSIGNER:
     URGENCY:                        STATUS: COMPLETED

-------------------------------------------------------------------

DATA

-------------------------------------------------------------------

Total Appointment Time: 60 minutes
Start Time 1100
End time 1200

     USE OF MEDICATIONS
        Taking medications consistently as prescribed
     PARTICIPATION
        Participated fully in session
     SPEECH/MOVEMENTS/ADL's
        Talkative
     AFFECT
        Bright
        Client was on time for session.  He was dressed and groomed
     appropriately.  He made good eye contact.

-------------------------------------------------------------------

ASSESSMENT

-------------------------------------------------------------------

     Client reported he continues to attend AA meetings with his contact from
     LCL.  He stated he had a craving for alcohol for the first time when he
     saw people at a bar having fun.  He stated he went for a walk and thought
     about where one drink could lead him and this helped with the craving.
     He seemed receptive to feedback regarding continual cravings and dreams
     about drinking or using.  He stated he will focus on what the consequences

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

BENNETT, CHARLES
22 Belvidere St. East
St. Paul, MINNESOTA  55107
p17542

VISTA Electronic Medical Documentation

Printed at RAMSEY COUNTY HUMAN SERVICES

# Progress Note

of continued use could be.    He discussed
the benefits and consequences of substance use and seems to continue to
have limited insight into the past consequences of his substance use.
He seemed receptive to feedback regarding relapse symptoms, and took a
handout to fill out to track relapse symptoms.  He stated he could
identify he has had some and ways to cope.  He discussed what it will mean
for him to go to prison and what his life may be like when he gets out.
------------------------------------------------------------------------------
PLAN
------------------------------------------------------------------------------

Client will return to therapy in 2 weeks

Progress Note: INDIVIDUAL THERAPY PROGRESS NOTE;: February 24, 2015
  LOCAL TITLE: INDIVIDUAL THERAPY PROGRESS NOTE
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: FEB 24, 2015@11:00      ENTRY DATE: FEB 25, 2015@15:27:26
      AUTHOR: HARDCASTLE,BRANDIE   EXP COSIGNER:
      URGENCY:                              STATUS: COMPLETED

---------------------------------------------------------------------
-
DATA
---------------------------------------------------------------------
-
Total Appointment Time: 60 minutes
Start Time 1100
End time 1200

      USE OF MEDICATIONS
          Taking medications consistently as prescribed
      PARTICIPATION
          Participated fully in session

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

BENNETT, CHARLES
22 Belvidere St. East
St. Paul, MINNESOTA  55107
p17542

VISTA Electronic Medical Documentation

Printed at RAMSEY COUNTY HUMAN SERVICES

# Progress Note

Printed On Jun 05, 2015

        SPEECH/MOVEMENTS/ADL's
          Talkative
        AFFECT
          Bright
          Client was on time, dressed and groomed appropriately.  He made good
        eye contact.
-------------------------------------------------------------------------------
    ASSESSMENT
-------------------------------------------------------------------------------
    Client discussed attending another AA meeting and said he felt it went well.
    He
    stated he is starting to understand that his alcohol use may be more
    problematic
    than he realized, however client would then minimize how his use impacted his
    life and compare his use to that of someone who drank more problematically.
    He did seem receptive to feedback that his use may have interfered in
    different areas of his life for many years.  He listened to feedback regarding
    his ability to deflect topics and issues away from himself by focusing on
    others or more superficial problems.  He seemed receptive to feedback
    regarding minimizing his thoughts, feelings, and actions.  Client did show a
    slight amount of emotion when discussing the possibility of being the father
    of a 10 year old girl. Client continues to participate actively in therapy,
    however his insight into how his mental health and substance use have impacted
    his life and those around him continues to seem minimal at this time.
-------------------------------------------------------------------------------
    PLAN
-------------------------------------------------------------------------------

    Client will return to therapy in 1 week


    /es/ BRANDIE HARDCASTLE
    MA, LADC, LPCC
    Signed: 02/26/2015 09:45


    Progress Note: INDIVIDUAL THERAPY PROGRESS NOTE;: February 17, 2015
      LOCAL TITLE: INDIVIDUAL THERAPY PROGRESS NOTE
    STANDARD TITLE: MENTAL HEALTH NOTE
    DATE OF NOTE: FEB 17, 2015@11:00      ENTRY DATE: FEB 20, 2015@09:31:35
        AUTHOR: HARDCASTLE,BRANDIE   EXP COSIGNER:
        URGENCY:                        STATUS: COMPLETED

-------------------------------------------------------------------------------
-
    DATA
-------------------------------------------------------------------------------

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| BENNETT, CHARLES<br>22 Belvidere St. East<br>St. Paul, MINNESOTA  55107<br>p17542 | Printed at RAMSEY COUNTY HUMAN SERVICES |

# Progress Note

Printed On Jun 05, 2015

Total Appointment Time: 60 minutes
Start Time 1100
End time 1200

PARTICIPATION
Participated fully in session
SPEECH/MOVEMENTS/ADL's
Talkative
Tangential speech
Client was on time for session. He was dressed and groomed appropriately.

--------------------------------------------------------------------

ASSESSMENT

--------------------------------------------------------------------

Client reported he attended an AA meeting last week and it went well. He stated he didn't introduce himself as an alcoholic, but rather as someone who thinks he might be an alcoholic. He stated he wanted to be honest at the meeting and not just say what everyone else was saying. Client seemed receptive to redirection and feedback when he compared himself and his drinking to others in the meeting. Client seemed receptive to feedback regarding his feelings of restlessness and dissatisfaction in his career, personal life and substance use. He identified that this "restless spirit" may lead to periods of depression in his life. He seems to have limited insight into the consequences of his substance use or mental health, however seems willing to explore how substance use and mental health have impacted his life.

--------------------------------------------------------------------

PLAN

--------------------------------------------------------------------

Client will return to therapy in 1 week

/es/ BRANDIE HARDCASTLE
MA, LADC, LPCC
Signed: 02/20/2015 09:47

Progress Note: INDIVIDUAL THERAPY PROGRESS NOTE;: February 09, 2015
LOCAL TITLE: INDIVIDUAL THERAPY PROGRESS NOTE
STANDARD TITLE: MENTAL HEALTH NOTE

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available) | VISTA Electronic Medical Documentation |
|---|---|
| BENNETT, CHARLES<br>22 Belvidere St. East<br>St. Paul, MINNESOTA 55107<br>p17542 | Printed at RAMSEY COUNTY HUMAN SERVICES |

Page 15

# Progress Note

Printed On Jun 05, 2015

DATE OF NOTE: FEB 09, 2015@13:00 ENTRY DATE: FEB 10, 2015@08:29:41
  AUTHOR: HARDCASTLE,BRANDIE EXP COSIGNER:
  URGENCY:       STATUS: COMPLETED

--------------------------------------------------------------------------

DATA

--------------------------------------------------------------------------

Total Appointment Time: 60 minutes
Start Time 1300
End time 1400

  PARTICIPATION
   Participated fully in session
  SPEECH/MOVEMENTS/ADL's
   Talkative
   Tangential speech
  AFFECT
   Bright
   Client was on time for session.  He was dressed and groomed
   appropriately.

--------------------------------------------------------------------------

ASSESSMENT

--------------------------------------------------------------------------

Client reported he did not make it to an AA meeting last week, but did try.
He stated he met with a man from Lawyers Concerned for Lawyers.  He stated
this was helpful, however does not believe his substance use was as
problematic as the man he met with.  Client seemed receptive to feedback that
he often compares himself with others, often in a manner to make himself look
better.  He discussed not being happy as a corporate lawyer, although it
provided him with many benefits.  He seemed to contemplate what he wants to do
with his life and career.  He was encouraged to think about what is good in his
life; he answered this question by listing off good things he has done for
others in the past.  He was encouraged to think about the good things outside of
himself instead of focusing on him.  He seemed receptive to feedback regarding
justifying his negative behaviors with past positive behaviors.  Client seems
to have limited insight into the impact of his substance use and mental health
on his life areas.

--------------------------------------------------------------------------

PLAN

--------------------------------------------------------------------------

Client will:

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

BENNETT, CHARLES
22 Belvidere St. East
St. Paul, MINNESOTA  55107
p17542

VISTA Electronic Medical Documentation

Printed at RAMSEY COUNTY HUMAN SERVICES

# Progress Note

attend an AA meeting this week and meet with his sober connection from Lawyers Concerned for Lawyers.
Client will return to therapy in 1 week


/es/ BRANDIE HARDCASTLE
MA,LADC, LPCC
Signed: 02/10/2015 14:58

---

Progress Note: INDIVIDUAL TREATMENT PLAN;: February 02, 2015
  LOCAL TITLE: INDIVIDUAL TREATMENT PLAN
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: FEB 02, 2015@08:16     ENTRY DATE: FEB 10, 2015@08:28:47
    AUTHOR: HARDCASTLE,BRANDIE   EXP COSIGNER:
    URGENCY:                       STATUS: COMPLETED

Plan Effective Date: 2 Feb, 2015 @ 08:16 AM
INDIVIDUAL  <INDIVIDUAL TREATMENT PLAN> - 2 Feb, 2015 @ 08:16 AM
Visit Date: V: 2 Feb, 2015 @ 15:00 - Therapy

TREATMENT PLAN TYPE: Initial

PRIMARY CLINIC OR PROGRAM: Therapy

CLINICS OR PROGRAMS:
Therapy

PRINCIPAL MH PROVIDER: HARDCASTLE,BRANDIE

TEAM MEMBERS:
HARDCASTLE,BRANDIE
WITT,KARA

PATIENT'S STRENGTHS:
Self Identified:
Has supportive family and/or friends
Education
Housing
Resiliency
Sobriety

PATIENT'S LIMITATIONS:
Legal problems
Financial stressors

PATIENT PARTICIPATION IN TREATMENT PLANNING:

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)

BENNETT, CHARLES
22 Belvidere St. East
St. Paul, MINNESOTA 55107
p17542

**VISTA Electronic Medical Documentation**

Printed at RAMSEY COUNTY HUMAN SERVICES

# Progress Note

MET WITH PROVIDER.
PATIENT AGREED TO PLAN (draft) DISCUSSED.
PATIENT INPUT:
Client reported he feels guilt and shame due to his actions that impacted other people. He reported he wants to address guilt and shame, as well as substance use.


TREATMENT PLAN PROBLEMS/NEEDS LISTED BY PRIORITY:
Client reported numerous personal and employment consequences related to his alcohol and cocaine use.
Clinic or Program:

The Client reports: guilt and shame for his actions that interfere with his life and functioning..
Clinic or Program:

TREATMENT PLAN:

Problem: Client reported numerous personal and employment consequences related to his alcohol and cocaine use.

Goal: Address substance use related functioning

Objective: Client will be able to describe 3 specific examples of the negative impact substance use has had on his/her employment, personal relationships, and psychiatric stability.

Intervention: Therapist will provide verbal cues, audio and visual tools, demonstration, role modeling, role play, assistance, facilitation of group discussion, feedback of areas for growth, positive reinforcement of successes, Motivational Interviewing, Cognitive Behavioral Therapy/cognitive restructuring, Illness Management and Recovery model, therapeutic use of self, validation of feelings, assignments for carry-over to home, accountability, encouragement, consult and assessment as needed. Provider: Therapist Two time(s) per Week for 3 months

Problem: The Client reports: guilt and shame for his actions that interfere with his life and functioning..

Goal: The Clients ClientSD symptoms and overall level of fuctioning will sufficiently improve as evidenced by meeting the following objectives:

Objective: Client will verbalize how his actions impacted others emotionally.

Intervention: Therapist will provide verbal cues, audio and visual tools, demonstration, role modeling, role play, assistance, facilitation of group

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

BENNETT, CHARLES
22 Belvidere St. East
St. Paul, MINNESOTA 55107
p17542

**VISTA Electronic Medical Documentation**

Printed at RAMSEY COUNTY HUMAN SERVICES

# Progress Note

discussion, feedback of areas for growth, positive reinforcement of successes, Motivational Interviewing, Cognitive Behavioral Therapy/cognitive restructuring, Illness Management and Recovery model, therapeutic use of self, validation of feelings, assignments for carry-over to home, accountability, encouragement, consult and assessment as needed. Provider: Therapist Two time(s) per Month for 3 months

Plan Renewal Date: 5/11/2015

/es/ BRANDIE HARDCASTLE
MA, LADC, LPCC
Signed: 02/10/2015 08:28

---

Progress Note: INDIVIDUAL THERAPY PROGRESS NOTE;: February 02, 2015
LOCAL TITLE: INDIVIDUAL THERAPY PROGRESS NOTE
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: FEB 02, 2015@15:00      ENTRY DATE: FEB 03, 2015@15:22:49
      AUTHOR: HARDCASTLE,BRANDIE   EXP COSIGNER:
      URGENCY:                               STATUS: COMPLETED

--------------------------------------------------------------------
DATA
--------------------------------------------------------------------
Total Appointment Time: 60 minutes
Start Time 1500
End time 1600

    USE OF MEDICATIONS
        Taking medications consistently as prescribed
    PARTICIPATION
        Participated fully in session
    SPEECH/MOVEMENTS/ADL's
        Talkative
        Pressured speech
    AFFECT
        Bright
    SYMPTOMS OF ANXIETY
        Ruminations/excessive worry
        Client was on time.  He was dressed and groomed appropriately.
--------------------------------------------------------------------
ASSESSMENT
--------------------------------------------------------------------

    Client discussed some of the situation that led him to outpatient therapy at the MHC.  He discussed his suicide attempt in Nov, 2014 and hospital stay after.  He stated he has not participated in individual therapy and doesn't really know what to expect.  He discussed his alcohol and cocaine

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

BENNETT, CHARLES
22 Belvidere St. East
St. Paul, MINNESOTA  55107
p17542

**VISTA Electronic Medical Documentation**

Printed at RAMSEY COUNTY HUMAN SERVICES

# Progress Note

use and may have been minimizing. He seemed receptive to feedback from writer regarding how his past use may have impacted his decisions and his mental health. He was adamant that he is not an alcoholic but stated he may have a drinking problem. He reported resistance to attending AA however seemed receptive to feedback about doing so.

Client seems to have little insight into his own behaviors and how his mental health and substance use have impacted his life. He talked about feeling guilty and his desire to be punished for the hurt he has caused others. Client reported his goals for therapy are to address guilt and learn more about his substance use. He seems to have few relapse prevention skills.

--------------------------------------------------------------------------
PLAN
--------------------------------------------------------------------------

Client will return to therapy in 1 week