# Exhibit L

*Developing
Skills, Knowledge
& Confidence*

April 4, 2016

To whom it may concern,

Charles Anthony Bennett volunteered in English as a Second Language classes at Neighborhood House from February 2015 to April 2016. Charles was a classroom assistant, tutor, and teacher. Volunteers are essential to the Neighborhood House Adult Education program, and Charles' service was greatly appreciated. The students benefited from his commitment to education and knowledge of the English language. Students Charles worked with have gone on obtain employment, retain employment, and enter advanced career training programs.

If you have any questions about Neighborhood House or Mr. Bennett's service as a volunteer, please feel free to contact me.

Sincerely,

John Ashby
Adult Education Supervisor
Neighborhood House
179 Robie Street East
Saint Paul, MN 55107
651-789-2522
jashby@neighb.org

179 Robie Street East, Saint Paul, MN 55107
tel 651.789.2500 • fax 651.789.2501 • www.neighb.org

**Neighborhood House**

# English Language Tutor

**MINNESOTA Literacy COUNCIL**

*Sharing the Power of Learning*

## Certificate of Attendance

*This is to certify that*

## Charles Bennett

*has completed twelve hours of training as a volunteer English language tutor. This training meets the standards of the Minnesota Department of Education.*

_Budeun Young_
TRAINER

2-12-15
DATE