**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 13, 2016

*Via ECF and Hand Delivery*
The Honorable Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Charles Bennett,* 15 CR 20 (LTS)

Dear Judge Swain:

I write to supplement Mr. Bennett's sentencing submission, filed May 5, 2016, with one additional letter of support from Joseph Halloran, a fellow member of Lawyers Concerned for Lawyers.

Thank you.


Respectfully submitted,
        /s/
Julia L. Gatto, Esq.
Assistant Federal Defender
212.417.8750

cc:    A.U.S.A. Amy Lester (via ECF)