**THE JACOBSON LAW GROUP**
JACOBSON · MAGNUSON · ANDERSON
& HALLORAN P.C.

Federal Defenders of New York
52 Duane Street, 10th Floor
New York, New York  10007
Attn:   Kate Hadley

*Via Electronic Mail*
*Kate_Hadley@fd.org*

Re:   Charles Anthony Bennett

Dear Sir or Madam:

I write to you on behalf of Charles Anthony Bennett.  It is my understanding that he will be sentenced in the United States District Court for the Southern District of New York in the near future and I hope that this letter reaches you in time to be considered as part of that process.

I have known Charlie for roughly a year.  He was referred to me through Lawyers Concerned for Lawyers an organization that helps lawyers who are struggling with chemical dependency, mental health issues, or some combination thereof.  Charlie and I spent significant time together discussing his life, profession and past and present circumstances, I introduced him to the fellowship of Alcoholics Anonymous, of which I have been an active member of many years, and we attended many meetings together.

Clearly Charlie is a brilliant person with keen insights on a wide variety of matters from political to the arts.  What I saw change in him over the time we have been acquainted is a more keen insight into himself.  He did not treat his participation in AA as transactional, but engaged in real personal introspection at a depth that was impressive.  Rather than checking a box, he embraced the program and dug deep.  That work may seem "soft" to some, but those who engage it seriously, including me, will testify that it is anything but soft or easy.  And my experience demonstrates that the kind of change that I saw in Charlie does not come to those who pass the time in the program.  It was real, and was the product of significant personal reflection and discernment.

If you have any questions, I am available to you at the noted telephone number and email.  I hope that the foregoing is helpful and I am,

Very truly yours,

Joseph F. Halloran